UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:16-CV-62570-WPD

RAQUEL PISTOCCHI,

    Plaintiff,

vs.

FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,

    Defendant
_____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW THIS COURT'S ORDERS

THIS CAUSE is before the Court *sua sponte*.

This Court's Order of November 2, 2016, directed the parties to file a Joint Scheduling Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant [DE 6]. Thus, since the only Defendant filed its first answer on December 16, 2016 [DE 10], a joint scheduling report should have already been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **January 30, 2017**, Plaintiff shall either show cause why this case should not be dismissed for failure to follow this Court's Order or file a joint scheduling report. Failure to timely respond may result in dismissal of the case.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 24th day of January, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:
Counsel of record

2