UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62570

RAQUEL PISTOCCHI,

    Plaintiff,

v.

FINANCIAL BUSINESS AND
CONSUMER SOLUTIONS, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

RAQUEL PISTOCCHI (the "**Plaintiff**") and FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. (the "**Defendant**"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Voluntary Dismissal with Prejudice of this action. Each party is to bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

Respectfully submitted this 15th day of June, 2017.

| | |
|---|---|
| */s/ Jibrael Hindi* | *s/Barbara Fernandez* |
| The Law Offices of Jibrael S. Hindi | Barbara Fernandez |
| Florida Bar Number 118259 | Florida Bar No. 0493767 |
| 110 SE 6th Street, Suite 1744 | bfernandez@hinshawlaw.com |
| Fort Lauderdale, FL 33301 | West A. Holden |
| Telephone: 954.907.1136 | Florida Bar No. 0113569 |
| Facsimile: 855.529.9540 | wholden@hinshawlaw.com |
| jibrael@jibraellaw.com | HINSHAW & CULBERTSON LLP |
| *Counsel for Plaintiff* | 2525 Ponce de Leon Blvd. – 4th FL |
| | Coral Gables, FL 33134 |
| | Telephone: 305-358-7747 |
| | Facsimile: 305-577-1063 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jibrael S. Hindi
Jibrael S. Hindi, Esq.
Florida Bar No.118259
E-mail: jibrael@jibraellaw.com