UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RAQUEL PISTOCCHI,

      Plaintiff,

vs.

Case No. 0:16-CV-62570-WPD

FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,

      Defendant
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation for Voluntary Dismissal With Prejudice [DE 22], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1. The Joint Stipulation for Dismissal With Prejudice [DE 22] is **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 15th day of June, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record